IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEREMIAH J. LAMBERT,

                                                                    ORDER

                Plaintiff,

                                                                  11-cv-418-bbc

     v.

DR. KENNETH ADLER,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case is scheduled for a court trial on Tuesday, November 12, 2013. Unfortunately, a scheduling conflict with another case means that the trial of this case must be postponed two days.

      IT IS ORDERED the court trial in this case is rescheduled to Thursday, November 14 at 9:00 a.m..  The clerk of court is directed to re-issue the writ for plaintiff's appearance for trial beginning on November 14, 2013.  Plaintiff should arrive at the courthouse no later than 8:00 a.m.

      Entered this 23d day of October, 2013

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge