IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMIAH J. LAMBERT,

                     Plaintiff,                                          ORDER

   v.

                                                                          11-cv-418-bbc

DR. KENNETH ADLER,

                     Defendant.

---

      This case is set for trial starting on November 12, 2013. Plaintiff has filed a motion to appear at trial in street clothes and without restraints. Defendant states that he has no objections, so I will grant the motion. This court's policy is that plaintiff must make his own arrangements for street clothing by asking family members or friends to have his street clothing delivered to the office of the United States Marshal, 120 N. Henry Street, Madison, WI 53703, not later than 8 a.m., November 12, 2013. Alternatively, plaintiff could ask prison officials to transfer his clothing to the marshal when they bring him to the courthouse for trial. Whether they would agree to do this is a matter within their discretion.

ORDER

It is ORDERED that

(1)    Plaintiff's motion to appear in street clothes at trial, dkt. 46, is GRANTED, provided that plaintiff arranges for his own street clothes to be transferred to the federal courthouse by 8 a.m. on November 12, 2013.

(2)    Plaintiff's motion to appear at trial without restraints, dkt. 46, is GRANTED.

Entered this 7th day of November, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge