IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMIAH J. LAMBERT,

    Plaintiff,

v.

DR. KENNETH ADLER,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-418-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been tried and the court has rendered a decision.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant and this case is dismissed.

Approved as to form this 19th day of November, 2013.

_____
Barbara B. Crabb
District Judge

_____    11/20/2013
Peter Oppeneer, Clerk of Court    Date