In The United States District Court
For The Western District of Wisconsin

DOC NO
REC'D/FILED
MAY 29 AM 9:37
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Jeremiah J. Lambert

    Plaintiff

v.                           Case No 11-CV-0418

Kenneth Adler

    Defendant

## Notice of Appeal

Notice is hereby given that Jeremiah J. Lambert pro se plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Seventh (7th) Circuit. This appeal is from an order denying Lamberts Motion to Alter or Amend entered in this action on the 30th day of April 2014.

Dated this 20th day of May 2014

*Jeremiah J Lambert*

Jeremiah J. Lambert pro se
Fox Lake Correctional Institution
Fox Lake, Wisconsin
53933-0200

1 of 1